# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3479
LT Case No. 2018-CA-034906

_____

SHERMAN BALCH,

    Appellant,

    v.

U.S. BANK NATIONAL
ASSOCIATION, as Trustee for
CSAB Mortgage-Backed Pass-
Through Certificates, Series
2006-3, MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., as
Nominee for Greenpoint
Mortgage Funding, Inc., and
ANNMARIE BALCH a/k/a Ann
Marie Balch,

    Appellees.

_____

Nonfinal appeal from the Circuit Court for Brevard County.
Benjamin Garagozlo, Acting Circuit Judge.

Sherman Balch, Palm City, pro se.

Robert R. Edwards, David Rosenberg, and Monica Darrow, of
Robertson, Anschutz, Schneid, Crane & Partners, PLLC, Boca
Raton, for Appellee, U.S. Bank National Association, as
Trustee for CSAB Mortgage-Backed Pass-Through Certificates
Series 2006-3.

No Appearance for Remaining Appellees.

January 27, 2026

PER CURIAM.

AFFIRMED.

EDWARDS, SOUD, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____